UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICIA MARQUIS and<br>GARRETT KING,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTH STAR MUTUAL<br>INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 14-CV-1157-R<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiffs, Alicia Marquis and Garrett King, and Defendant, North Star Mutual Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated on April 16, 2015.

s/ Kent R. McGuire
(*Signed by filing attorney with permission of attorney*)
Kent R. McGuire, OBA No. 13150
MCGUIRE LAW FIRM
3847 South Boulevard, Suite 200
Edmond, Oklahoma 73013
Telephone:   405-513-5658
Facsimile:    405-509-2591
**ATTORNEYS FOR PLAINTIFFS**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANT**